Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_MIDDLE_ District of _DISTRICT_

_Civil Rights_ Division

|  |  |
|---|---|
| _KARINA FRANCO. Loy_ | ) |
| | ) |
| | ) Case No. _____ |
| _____ | ) _(to be filled in by the Clerk's Office)_ |
| Plaintiff(s) | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_ ☐ Yes ☑ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| | ) |
| | ) |
| _VARIOUS_ | ) |
| _____ | ) |
| Defendant(s) | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | |
| _with the full list of names. Do not include addresses here.)_ | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name KARINA FRANCO-LOY
Address 10011 MARGUERY DR
ORLANDO FL 32825
*City* *State* *Zip Code*
County ORANGE
Telephone Number 407-335-3882
E-Mail Address

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name VARIOUS LISTED - ORANGE COUNTY
Job or Title *(if known)* SHERIFF OFFICE
Address VICTIM OF ECONOMIC CRIMES UNIT

*City* *State* *Zip Code*
County ORANGE
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
Name ORLANDO POLICE DEPARTMENT
Job or Title *(if known)*
Address

ORLANDO FL 32825
*City* *State* *Zip Code*
County ORANGE
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name ASHLEY MOODY OFFICE OF ATTORNEY GEN.
Job or Title (if known)
Address THE CAPITOL, PL-01
TALLAHASSEE                    FL        32399-1050
                              City      State        Zip Code
County O
Telephone Number 800-226-6667
E-Mail Address (if known)

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name SENATE. LINDA STEWART, RANDOLPH BRACY
Job or Title (if known)
Address 6965 PIAZZA GRANDE (211)  1726 S. BUMBY AVE
ORLANDO                    FL        32806
                              City      State        Zip Code
County ORLANDO  COUNTY OF ORANGE
Telephone Number
E-Mail Address (if known)

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against (check all that apply): NEGLIGENCE IN CONDUCTING
AN INVESTIGATION AND
☑ Federal officials (a *Bivens* claim)          KEEPING ME INFORMED

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
DISCRIMINATION          VIOLATION OF HIPPA RIGHTS
WORKPLACE HARRASSMENT    SECTION - 4.4.3 WHITE COLLAR
HARRASSMENT              CRIME, WRONGFUL TERMINATION
VIOLATION OF PROPERTY (PRIVACY) 4.11.3 (4.1, etc...)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

NEGLIGENCE FOR STATE, COUNTY, CITY, FEDERAL AGENCIES INCLUDING GOVERNMENT TO STEP IN AN CONDUCT AN INVESTIGATION W/ MY KNOWLEDGE (HARRASSMENT)

## III.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

CITY OF ORLANDO    THEN| TRACKED  ( NYC )
ORANGE COUNTY                          ( TX )
                                                          ( HI )

B.  What date and approximate time did the events giving rise to your claim(s) occur?

SINCE  2004

C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

UNEMPLOYMENT- INCOME INSTABILITY
HARRASSED, STALKED, CYBERSTALKED, DISCRIMINATED,
SLANDER/LIABLE, DEFAMED, ISOLATED, TARGETED, ETC...
MEDIA, WHATSAPP SOCIAL NETWORKS, IDENTITY
THEFT, BURGLARY OF PERSONAL DOCUMENTATION
SOLD FOR BUSINESS PROFIT

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Yes - LEFT HAND MIDDLE FINGER AMPUTATION
NOTHER SUSTAINED SEVERAL INJURIES AS
A RESULT OF HATE AND WHITE COLLAR CRIME
ASSOCIATE W/ VETERAN AFFAIRS IN ORLANDO, FL
(DOMESTIC CASE)

**V.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I WOULD LIKE THE RIGHT TO WORK HAND IN HAND
W/AN INVESTIGATOR THAT HAS MY BEST INTEREST
AT HEART AND AN ATTORNEY THAT WILL REPRESENT
TO BE COMPENSATED ADEQUATELY, PROTECTED AND
BE ABLE TO LIVE W/OUT BEING TARGETED, THREATENED,
STALKED, BULLIED, ETC...

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  07/08/2020

Signature of Plaintiff

Printed Name of Plaintiff   KARINA FRANCO REY

**B.      For Attorneys**

Date of signing:  _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number   _____

E-mail Address   _____

NETFLIX HEADQUARTERS
100 WINCHESTER CIR
LOS GATOS, CA 95032

TELEMUNDO, ORLANDO, FL    (OBT)

LEXIS NEXIS
ATLANTA GA
AND FLORIDA

VARIOUS ARTISTS - REGGEATON
NICKY JAM              DADDY YANKEE
J ALVAREZ             PINA RECORDS
ANNUEL                PANDA
BAD BUNNY             DARELL, ETC...
DARELL, ETC...
EMINEM

UNIVERSAL MUSIC GROUP
2220 COLORADO AVE
SANTA MONICA, CALIFORNIA

AND OTHERS THAT HAVE TRACKED AND
DISCREMINATED AGAINST ANY CAREER TO
SEXUALLY EXPLOIT AND DEFAME AS
A WHORE, SEXUALLY HARRASS BY
UNCOMFORTABLE FEELINGS IN ~~AREA~~ INTIMATE
PARTS AT A STREET LEVEL TO IDENTIFY
PENIS SIZES AS A RESULT OF GOSSIP
(CORPORATE) SINCE I WORKED A
THE GREATER ORLANDO. AVIATION AUTHORITY
AND HAS TRACKED EVER SINCE NOT
LETTING ME SUCCEED BUT CONTINUING
TO EXPLOIT A VULNERABLE ADULT

②

DUE TO IDENTITY THEFT, BURGLARIES, AND
OTHER REPORTS AT THE ORANGE COUNTY SHERIFF
OFFICE I AM INCLUDING THE FOLLOWING
INDUSTRIES AND CORPORATIONS THAT HAVE
VIOLATED MY CIVIL RIGHTS AND SOLD MY INFORMATION
FOR BUSINESS, MUSIC, ENTERTAINMENT, ETC...
MONETARY COMPENSATION.

SUDDENLINK    :    HARBOR COVE APT
                        HOUSTON TX

RALLY POINT
USA JOBS.GOV              A BS AND OTHER EMPLOYERS
GESTURE SNS.         IN RELATION TO PLACE OF
FACEBOOK          RESIDENCE   2013-2015
SYSCO COMMUNICATIONS
MICROSOFT - GOOGLE, UI TECHNOLOGY.
IPHONE WORKING IN CORRELATION W/STATE
TO VIOLATE PRIVACY RIGHTS USING CORPORATE
STAFF.

R/C WORLD COMMUNITY ASSOCIATION
ORLANDO, FL

MEDIA &
COMMUNICATION VIOLATION OF PRIVACY
RIGHTS NETWORKS.

VERIZON - YAHOO

NBC/UNIVERSAL/TELEMUNDO
30 ROCKEFELLER PLAZA , MIDTOWN NYC

BELL MEDIA STUDIOS

PUERTO RICAN ARTISTS AND RECORS
2004- BARRIO FINO DADDY YANKEE
PINA RECORDS

APPLE -
1 INFINITE LOOP
CUPERTINO , CA

BELLSOUTH - & COMPANIES
AT&T MIDTOWN CENTER
ATLANTA , GA
MIAMI , FL

WITH THE HELP ON DISPATCH ③
CENTERS. IN BLOCKING FROM
PROCEEDING W/ A CIVIL LAW SUIT.

MEDIA : NOTICIAS YA PUERTO RICO
          MIAMI NEWS
          PRIMER IMPACTO
          ETC ...

    CITY AND
    COUNTY CIVILIAN STAFF
      UTILITIES
      CONSTRUCTION
      PROPERTY, ETC ...
WORKING W/ STATE AND MEDIA
FOR BUSINESS DEVELOPMENT
USING MY FAMILY.

MILITARY VA AFFAIRS COMMUNICATION
AND CIVILIAN, MEDICAL STAFF. THROUGH
  IS THEFT
HAVE ALSO REPORTED SEVERAL INCIDENTS
TO THE VA STATE OFFICE AT
BALDWIN VA.

I AM ASKING TO BE ASSIGNED AND
INVESTIGATOR AND ATTORNEY TO
REPRESENT ME AND MY FAMILY
AS VICTIMS OF ECONOMIC CRIMES.

KARENA FRANCO-ROY
100 N MAGUIRE DR
ORLANDO, FL 32825

407-335-3882.

ALSO HAVE REPORTED INCIDENTS TO
STATE ATTORNEY OFFICE AND HAVE
NOT BEEN INFORMED OF PROCEDURES
FOLLOWING MY CORRESPONDENCES

HAVE WRITTEN TO: OFFICE OF ATTORNEY GENERAL
                 SOCIAL SECURITY ADMIN
       OFFICE OF JERRY DEMINGS
          IRS, FBI, OPD, OCSO
        ETC... NO RESPONSE DUE
to VERIZON - DISNEY MANAGERS - YAHOO NETWORK
(SM) SYSTEM REDIRECTING PHONE CALLS

KARINA FRANCO. REY
10011 MARGUEX DR
ORLANDO, FL 32825
T652500789010
116.08.5378.

PLEASE NOTE THAT DUE TO ALL THESE CIVIL
VIOLATIONS MY CHARACTER AND CREDIBILITY
HAS BEEN DEFAMED AND LED TO
BELIEVE THAT I HAVE MENTAL ISSUES
TO BAKER ACT. GESTURES ARE USED
TO ALTER MOOD IN CORABORATION
N/THESE FALSE ACCUSATIONS AND
HARRASSMENT.

I AM ASKING TO PLEASE ASSIGN
AN INVESTIGATOR AND ATTORNEY THAT
I CAN WORK WITH DIRECTLY SINCE
THE DEFAMATION AND CIVIL RIGHTS
VIOLATIONS HAVE BECOME EXTREMELY
CONTROLLING DUE TO HIGH END TECHNOLOGY
AND BLOCKING, REDIRECTING, HACKING
PERSONAL COMMUNICATION.

HAVE TRIED TO CONTACT
MORGAN & MORGAN
INCLUDING OTHER ATTORNEYS
TO REPRESENT ME
BUT ALL THEY HAVE
DONE IS USED MY INFORMATION
TO MONITIZE AND MAKE PROFITS
W/OUT ANY CONSENT OR AUTHORIZATION.

INTERNET AT RESIDENTIAL ADDRESS
HACKED AND GAME PLAN MANIPULATED
AND PREDICTED USING MY FAMILY.

VIOLATION OF PRIVACY
RIGHTS, ETC...

TEAMS OF WHITE COLLAR CRIME- KEEP ME
SUPPRESSED, UNEMPLOYED, DISCRIMINATED
AGAINST, USED, TO CONTINUE USING FOR
COMMUNITY PROFIT, ETC...
PLEASE NOTE THAT DOMESTIC VIOLENCE RELATES
TO PARALEGAL SERVICES PROVIDED BY OSCAR VEGA
VASQUEZ OUT OF RESIDENTIAL = 10011 MARGRAVE DR
ORLANDO, FL 32825