UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARINA FRANCO-REY,

     Plaintiff,

v.                           Case No. 6:20-cv-1232-Orl-37LRH

ORANGE COUNTY SHERIFF'S
OFFICE, ET AL.,

     Defendants.

_____

## ORDER

Plaintiff moved to proceed in forma pauperis. (Doc. 6 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends denying the IFP Motion and dismissing Plaintiff's complaint (Doc. 1) without prejudice for failing to comply with the procedural rules or state a factual basis giving rise to a substantive claim. (Doc. 7 ("**R&R**").)

Plaintiff did not object to the R&R, and the time for doing so has now passed. So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.      U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 7) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.      Plaintiff's Motion to Proceed In Forma Pauperis (Doc. 6) is **DENIED.**

3.      Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

4.      By Thursday, **November 12, 2020** Plaintiff may file an amended complaint that addresses the deficiencies identified in the R&R (Doc. 7). Failure to do so may result in the closure of this action without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 29, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party

-2-