UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARINA FRANCO-REY,

    Plaintiff,

v.                                                                                   Case No. 6:20-cv-1232-Orl-37LRH

ORANGE COUNTY SHERIFF'S
OFFICE, ET AL.,

    Defendants.
_____

## **ORDER**

On October 29, 2020 the Court dismissed Plaintiff's *pro se* Complaint (Doc. 1) without prejudice and gave her until November 12, 2020 to file an amended complaint. (Doc. 8.) The Court also warned Plaintiff that failure to timely file may result in the closure of her case without further notice. (*Id.* at 2.) After Plaintiff missed the deadline, the Court directed the Clerk to close the file. (Doc. 9.) Now Plaintiff seeks to have a hearing on her case (Doc. 10)—but this case has been closed and, as the Court informed Plaintiff, should she "wish to further pursue her claim, she must initiate a new action." (Doc. 9, p. 2.)

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Hearing (Doc. 10) is **DENIED.**

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 14, 2020.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party